# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Cary Lee Peterson,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>John Doe 1, et al.,<br><br>　　　　　　Defendants. | Case No. 2:20-cv-00808-RFB-BNW<br><br>**ORDER** |

On May 6, 2020, the court entered an order requiring Plaintiff to file an application to proceed *in forma pauperis* or to pay the filing fee in this case. (Order (ECF No. 3).) Plaintiff's deadline for doing so was June 5, 2020. (*Id.*) Plaintiff has not complied with the court's order. Accordingly,

IT IS ORDERED that, by 6/30/2020, Plaintiff must either: (1) file a complete application to proceed in forma pauperis, on the correct form with complete financial attachments, or (2) pay the full $400 fee for filing a civil action, which includes the $350 filing fee and the $50 administrative fee.

IT IS FURTHER ORDERED that failure to timely comply with this order will result in a recommendation that this case be dismissed.

DATED: June 9, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE