1
2
3
4
5

**UNITED STATES DISTRICT COURT**

6

**DISTRICT OF NEVADA**

7

\* \* \*

8

| | |
|---|---|
| Cary Lee Peterson, | Case No. 2:20-cv-00808-RFB-BNW |
| Plaintiff, | |
| v. | **REPORT AND RECOMMENDATION** |
| John Doe 1, et al., | |
| Defendants. | |

9
10
11
12
13
14

15   On May 6, 2020, the court entered an order requiring Plaintiff to file an application to

16   proceed *in forma pauperis* or to pay the filing fee in this case. (Order (ECF No. 3).) Plaintiff's

17   deadline for doing so was June 5, 2020. (*Id.*) Plaintiff did not comply with this order.

18   On June 9, 2020, the court entered an order requiring Plaintiff to file an application to

19   proceed *in forma pauperis* or to pay the filing fee in this case. (Order (ECF No. 6).) Plaintiff's

20   deadline for doing so was June 30, 2020. (*Id.*) The court further advised Plaintiff that a failure to

21   comply with the court's order would result in a recommendation that his case be dismissed. (*Id.*)

22   Plaintiff has not complied with this order. Given that plaintiff has not complied with the court's

23   orders, he appears to have abandoned this case.

24   IT IS THEREFORE RECOMMENDED that plaintiff's case be dismissed without

25   prejudice.

26   **NOTICE**

27   This report and recommendation is submitted to the United States district judge assigned

28   to this case under 28 U.S.C. § 636(b)(1). A party who objects to this report and recommendation

may file a written objection supported by points and authorities within fourteen days of being served with this report and recommendation. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the district court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: July 20, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE