UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CARY LEE PETERSON<br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN DOE 1 et al.,<br>　　　　　　Defendant(s). | Case No. 2:20-cv-00808-RFB-BNW<br><br>**ORDER** |

　　　Before the Court for consideration is the Report and Recommendation of the Honorable Brenda Weksler, United States Magistrate Judge, entered July 20, 2020. ECF No. 8.

　　　A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed the district court is required to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," de novo or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by August 6, 2020.  No timely objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendations.

/////

**IT IS THEREFORE ORDERED** that the Report and Recommendation [8] is ACCEPTED and ADOPTED in full.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Correction [10] is DENIED

**IT IS FURTHER ORDERED** that this case is DISMISSED without prejudice.

The Court Clerk is directed to mail a copy of this order to Plaintiff.

DATED: September 22, 2020.

_____

**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**